# MARCH 3, 1937

JAMES BUCHANAN CAVANAUGH V. THE STATE.

No. 18851. Delivered March 3, 1937.

The opinion states the case.

*Walter M. Kolleschnig,* of Dallas, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

LATTIMORE, JUDGE.—Conviction for robbery; punishment, fifty years in the penitentiary.

The record is here without any bills of exception. We have examined the facts and deem them sufficient to justify the jury's conclusion of guilt. Appellant took the witness stand and denied being the party who committed the robbery. He was positively identified by two witnesses for the State.

Finding no error in the rcord, the judgment will be affirmed.

*Affirmed.*